# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

LINDA HOLMES                                                                       PLAINTIFF

VS.                                      CAUSE NUMBER: 3:19-CV-285-NBB-JMV

WALMART STORES, INC.                                                DEFENDANT

## ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(1)(B) provides, "[a] motion to remand… court will stay the attorney conference and disclosure requirements and **all discovery not relevant to the remand**... issue and will stay the parties' obligation to make disclosures pending the court's ruling on the motions…" L.U. Civ. R. 16(b)(1)(B) (emphasis added).

A motion to remand [7] has been filed. Therefore, staying all discovery, except discovery concerning the remand issue, is appropriate at this time. Provided further, that should any party desire to take remand-related discovery, it must file a motion to do so within seven (7) days hereof, setting forth the specific discovery sought. If any party objects to the motion, it shall file an objection within four (4) days following service of the motion.

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED**, and the [5] case management conference shall be cancelled by further notice of the court, pending a ruling on the motion to remand.

**SO ORDERED** this, Thursday, January 9, 2020.

                                                              /s/ Jane M. Virden
                                                              **UNITED STATES MAGISTRATE JUDGE**