IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

LINDA HOLMES                                                                               PLAINTIFF

V.                                                          CIVIL ACTION NO. 3:19-cv-285-NBB-JMV

WALMART STORES, INC.                                                                      DEFENDANT

### ORDER GRANTING UNOPPOSED MOTION TO REMAND

This cause comes before the court upon Plaintiff's motion to remand. Plaintiff Linda Holmes filed this premises liability action against defendant, Walmart Stores, Inc.,[1] ("Walmart") in the Circuit Court of Union County, Mississippi, on November 8, 2019, after she allegedly slipped and fell in a puddle of water on Defendant's premises and suffered injuries. Defendant removed the case to this court on December 18, 2019, invoking the court's diversity of citizenship jurisdiction under 28 U.S.C. § 1332.

Though Plaintiff originally sought $100,000.00 in damages, upon Defendant's removal, she filed the present motion to remand and attached an affidavit and binding stipulation that she seeks less than $75,000.00 against Defendant and will agree to a remittitur if the court or jury awards damages in excess of that amount. Defendant Walmart accepts said stipulation and does not object to the motion to remand.

Accordingly, it is **ORDERED** that Plaintiff's motion to remand is **GRANTED**, and this case is hereby remanded to the Circuit Court of Union County, Mississippi.

This 25th day of June, 2020.

                                                                     /s/ Neal Biggers
                                                                   NEAL B. BIGGERS, JR.
                                                                   UNITED STATES DISTRICT JUDGE

---

[1] Defendant asserts that Walmart Stores, Inc., is an improper party and that Walmart Stores East, LP, is the proper entity.